UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANETTE BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICE, INC., et al.,<br><br>　　　　Defendants. | Case No.  23-cv-05766-TLT   (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 61, 63, 64, 67 |

　　The parties are wasting the Court's resources by continuing to file unilateral submissions and refusing to cooperate with each other after meeting and conferring, which candidly has not occurred in any meaningful fashion. A brief review of what has been submitted thus far reflects the breakdown between counsel and describes disputes that should be resolved informally without the Court's intervention. The requested relief is denied without prejudice.

　　The parties once more are ordered to meet and confer, either in person or via a videoconferencing platform and including lead counsel, by **May 9, 2025, at 12:00 noon PT**. The issues detailed in dkts. 61, 63, 64, and 67 should be resolved without the need for the Court's intervention. But if they cannot, then disputes broken down by issue can be presented to the Court consistent with the Court's Standing Order. *See* AGT Civil Standing Order § VII.B.

　　**IT IS SO ORDERED.**

Dated: May 8, 2025

_____
Alex G. Tse
United States Magistrate Judge